IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ADRIAN D. GRAHAM, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : FILE NO. 4:10-CV-00158-HLM-ECS |
| BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, | : |
| Defendant. | : |

**BAC HOME LOANS SERVICING, LP'S**
**CERTIFICATE OF INTERESTED PERSONS**

Defendant BAC Home Loans Servicing, LP ("BAC" or "Defendant"), on behalf of the improperly-named "BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing LP," submits the following Certificate of Interested Persons, pursuant to LR 3.3:

1. The undersigned Counsel of Record certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**   Adrian D. Graham

**BAC:**   BAC Home Loans Servicing, LP is a Texas limited partnership

2. The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    NONE.

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**

Adrian D. Graham      Pro Se

**For BAC:**

| | |
|---|---|
| William J. Holley, II | Parker, Hudson, Rainer & Dobbs LLP |
| Darren E. Gaynor | Parker, Hudson, Rainer & Dobbs LLP |
| Peter F. Busscher | Parker, Hudson, Rainer & Dobbs LLP |

Respectfully submitted this 6th day of October, 2010.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        */s/ Darren E. Gaynor*
        William J. Holley, II
        Georgia Bar No. 362310
        Darren E. Gaynor
        Georgia Bar No. 288210
        Peter F. Busscher
        Georgia Bar No. 407228

        1500 Marquis Two Tower
        285 Peachtree Center Avenue, N.E.
        Atlanta, Georgia 30303
        Telephone:  404-523-5300
        Facsimile:  404-522-8409
        E-mail: wholley@phrd.com
        E-mail: dgaynor@phrd.com
        E-mail: pbusscher@phrd.com

        *Counsel for BAC Home Loans Servicing, LP*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day **BAC HOME LOANS SERVICING, LP'S CERTIFICATE OF INTERESTED PERSONS** was filed electronically through this Court's CM/ECF system, and that I have this day served a copy of same upon Plaintiff via first class U.S. mail addressed to the Plaintiff as follows:

>Adrian D. Graham
>605 Dillon Drive
>Douglasville, Georgia 30134

This 6th day of October, 2010.

>*/s/ Darren E. Gaynor*
>Darren E. Gaynor

1666802_1